SARACHAN & ROSENTHAL, INC., Respondent, *v.* WILSON
& Co., Appellant.

*Contract — sale — action to recover for non-acceptance of merchandise
under contracts of sale — defense of default in delivery.*

*Sarachan & Rosenthal, Inc.,* v. *Wilson & Co.,* 207 App. Div. 768,
affirmed.

(Argued January 27, 1925; decided February 25, 1925.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 10, 1924, unanimously affirming a judgment in favor of plaintiff entered upon a verdict directed by the court. The action was to recover for non-acceptance by defendant of delivery under two contracts for the sale of burlap. The answer alleged that the contracts were not enforcible because of default on the part of the plaintiff in delivery, or tender of delivery, or request of the defendant to accept delivery.

*George A. Carnahan* for appellant.

*A. L. Gilman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, CRANE, ANDREWS and LEHMAN, JJ. Absent: MCLAUGHLIN, J.

---

THE RECTOR, CHURCHWARDENS AND VESTRYMEN OF
CHRIST'S CHURCH AT PELHAM, Respondent, *v.* THOMAS
A. F. COLLETT, Appellant.

*Religious corporations — injunction — order restraining clergyman from
entering upon property of church and officiating as minister.*

*Rector, etc., of Christ's Church, Pelham,* v. *Collett,* 208 App. Div.
695, affirmed.

(Submitted January 27, 1925; decided February 25, 1925.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered September 11, 1924, unanimously affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term. The action involves the right of the defendant, as a minister

of the Protestant Episcopal church, to enter upon and hold church property and officiate therein as such a minister after the expiration of the term for which it is claimed by the plaintiff the defendant was employed. The Special Term rendered a judgment in favor of the plaintiff upon the merits, after trial, enjoining and restraining the defendant from performing ministerial functions in said church, from entering upon the property of said church for the purpose of officiating at said church as minister, and from interfering with the plaintiff and its rector in conducting divine worship and other religious work in said church.

*George Gordon Battle* and *Lanman Crosby* for appellant. *Albert Ritchie* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, CRANE, ANDREWS and LEHMAN, JJ. Absent: MCLAUGHLIN, J.

---

GEORGE T. ROGERS et al., Suing on Behalf of Themselves and Other Stockholders, Appellants, *v.* GEORGE J. GOULD et al., Defendants.

KINGDON GOULD et al., as Executors of GEORGE J. GOULD, Deceased, Respondents.

*Executors and administrators — parties — jurisdiction — Supreme Court without power to bring in foreign executors, without their consent, as parties defendant in place of their testator in an action pending in this State at his death.*

*Rogers* v. *Gould,* 210 App. Div. 15, affirmed.

(Submitted January 27, 1925; decided February 25, 1925.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 2, 1924, which reversed an order of Special Term granting a motion for an order substituting the executors of George J. Gould, deceased, in the place and stead of their testator as a defendant in this action and continuing the action against them.

The following question was certified: " Did the court